TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00156-CR






Jason Wright a/k/a Daniel Thomas Reich, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT


NO. CR2003-196, HONORABLE JACK H. ROBISON, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Mr. Ariel Payan, is ordered to tender a brief in this cause no later than August 9, 2004. No further
extension of time will be granted.

It is ordered July 8, 2004.


Before Chief Justice Law, Justices Patterson and Puryear

Do Not Publish